IN UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IMPOSSIBLE FOODS, INC., | No. 21-16977 |
| Plaintiff – Appellant | D.C. No. 5:21-CV-02419-BLF<br>U.S. District Court for the Northern District of California, San Jose |
| v. | |
| IMPOSSIBLE X LLC, | |
| Defendant – Appellee | |

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure Rule 26.1, counsel for Plainiff – Appellant Impossible Foods, Inc. hereby states that Impossible Foods, Inc. does not have a parent corporation, nor is 10% or more of its stock held by a publicly held corporation.

Respectfully submitted,

*/s/ Gia L. Cincone*

| | |
|---|---|
| Gia Cincone | William H. Brewster |
| Kilpatrick Townsend & Stockton LLP | Theodore H. Davis Jr. |
| Two Embarcadero Center | Kilpatrick Townsend & Stockton LLP |
| Suite 1900 | 1100 Peachtree Street |
| San Francisco, CA 094111 | Suite 2800 |
| (415) 273-7546 | Atlanta, GA 30309-4528 |
| gcincone@kilpatricktownsend.com | (404) 815-6500 |
| | bbrewster@kilpatricktownsend.com |
| | tdavis@kilpatricktownsend.com |

Attorneys for Plaintiff – Appellant Impossible Foods, Inc.