UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> IMPOSSIBLE X LLC, <br><br> Defendant - Appellee. | No. 21-16977 <br><br> D.C. No. 5:21-cv-02419-BLF <br> U.S. District Court for Northern California, San Jose <br><br> **ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

Steven J. Saltiel
Circuit Mediator

cl/mediation